UNITED STATES DISTRICT COURT
                                   DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :      Hon. Lois H. Goodman

         v.                 :      Mag. No. 10-4503

CRISTINE ANDERKO           :      <u>ORDER FOR CONTINUANCE</u>

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Peter Katz, Assistant U.S. Attorney, appearing), and defendant Cristine Anderko (Bruce Throckmorton, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and no previous continuances having been granted by the Court, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of April, 2010,

ORDERED that this action be, and hereby is, continued for a period of 60 days from April 15, 2010; and it is further

ORDERED that the period from April 15, 2010 through June 14, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. LOIS H. GOODMAN
United States Magistrate Judge

Form and entry
consented to:

_____
Peter Katz
Assistant U.S. Attorney

_____
BRUCE THROCKMORTON, ESQ.
Counsel for defendant Cristine Anderko